IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**SANDRA WILKS**                                                                 **PLAINTIFF**

v.                                    No. 4:13-cv-231-DPM

**ENTERPRISE PRODUCTS COMPANY;
ENTERPRISE PRODUCTS OPERATING
LLC; and ENTERPRISE PRODUCTS OLPGP
INC.**                                                                               **DEFENDANTS**

## JUDGMENT

This case settled. № 21. Wilks's complaint is dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

31 March 2014